# Third District Court of Appeal

## State of Florida

Opinion filed October 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D24-2013, 3D25-1404
Lower Tribunal No. 18-DR-111-M

_____

**Chad Walker,**
Appellant,

vs.

**Julie Walker,**
Appellee.

Appeals from the Circuit Court for Monroe County, Bonnie J. Helms, Judge.

Alexander Appellate Law P.A., and Samuel Alexander and Michael J. Ellis (Jacksonville), for appellant.

Allison Rub, P.A., and Allison Rub; Jason M. Wandner, P.A., and Jason M. Wandner, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ballantyne v. Ballantyne</u>, 666 So. 2d 957, 958 (Fla. 1st DCA 1996) (holding a marital settlement agreement should not be disturbed unless it is "found to be ambiguous or in need of clarification, modification, or interpretation"); <u>Kipp v. Kipp</u>, 844 So. 2d 691, 693 (Fla. 4th DCA 2003) ("[A] court must construe a contract in a manner that accords with reason and probability; and avoid an absurd construction.").